UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br>  v.<br><br>SLOAT REALTY, LLC,<br><br>    Defendant.<br>_____/ | No. C 10-5889 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |

The Court hereby ORDERS Plaintiff Craig Yates to file a status report by November 17, 2011.

**IT IS SO ORDERED.**

Dated: November 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge