THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorney for Plaintiff, CRAIG YATES, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SLOAT REALTY, LLC,<br><br>Defendant. | CASE NO. CV-10-5889-MEJ<br><br>STIPULATION OF DISMISSAL AND <s>[PROPOSED]</s> ORDER THEREON |

      The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. CV-10-5889-MEJ

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document..

Dated: November 14, 2011        THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


                                By: /s/ *Thomas E. Frankovich*
                                    Thomas E. Frankovich
                                    Attorney for Plaintiff CRAIG YATES


Dated: _____, 2011      DANFOURA LAW OFFICES



                                By:_____
                                    Samer Danfoura
                                    Attorney for Defendant's SLOAT REALTY, INC.


**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary., LTD with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: _____, 2011


                                _____
                                Honorable Judge Maria-Elena James
                                UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. CV-10-5889-MEJ

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document..

7 Dated: _____, 2011     THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

10     By:_____
11     Thomas E. Frankovich
12     Attorney for Plaintiff CRAIG YATES

13 Dated: 11/14, 2011     DANFOURA LAW OFFICES

16     By:_____
17     Samer Danfoura
    Attorney for Defendant's SLOAT REALTY, INC.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary., LTD with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: November 15, 2011

Honorable Judge Maria-Elena James
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. CV-10-5889-MEJ

-2-